**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7188**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ALFRED IBIDA,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge;
Walter E. Black, Jr., Senior District Judge. (CR-95-266-JFM, CA-
98-1726-B)

———————

Submitted:  March 9, 2000          Decided:  March 15, 2000

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Alfred Ibida, Appellant Pro Se.  Robert Reeves Harding, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alfred Ibida seeks to appeal the district court's order denying his motion for a certificate of appealability. Because Ibida did not timely appeal the denial of his 28 U.S.C.A. § 2255 (West Supp. 1999) motion, he is not entitled to a certificate of appealability. Accordingly, we deny Ibida's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2